# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSENBLOOM, MARK | § | Case No. 11-01975 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/19/2011 . The undersigned trustee was appointed on 01/19/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    258,062.50

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 95,261.49 |
   | Bank service fees | 416.67 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 162,384.34 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/08/2012 and the deadline for filing governmental claims was 08/08/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 16,153.13 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 16,153.13 , for a total compensation of $ 16,153.13 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/17/2013          By:/s/N. Neville Reid
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**EXHIBIT - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 11-01975 TAB Judge: Timothy A. Barn
Case Name: ROSENBLOOM, MARK
For Period Ending: 04/17/13

Trustee Name: N. Neville Reid
Date Filed (f) or Converted (c): 01/19/11 (f)
341(a) Meeting Date: 02/24/11
Claims Bar Date: 08/08/12

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 2,300,000.00 | | | 0.00 | FA |
| Location: 314 Shoreline Ct., Glencoe IL 60022 | | | | | |
| 2. Cash | 250.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 354.64 | 0.00 | | 0.00 | FA |
| Chase checking w/daughter 1 xxxx0072 - $0 | | | | | |
| Chase checking xxxx6579 - $0 | | | | | |
| Chase checking joint with wife xxxx9967 - $0 | | | | | |
| Chase checking w/daughter 2 xxxx1036 - $0 | | | | | |
| Chase checking w/daughter 3 xxxx1192 - $0 | | | | | |
| Chase tax escrow for ex-wife xxxx6135 - $0 | | | | | |
| PNC checking w/wife xxxx2614 - $0 | | | | | |
| PNC checking account xxxx2622 - $53.21 | | | | | |
| Chase SRAA checking xxxx2657 - $0 | | | | | |
| PNC checking w/daughter 1 xxxx2702 - $0 | | | | | |
| PNC checking w/daughter 2 xxxx2681 - $0 | | | | | |
| PNC checking w/daughter 3 xxxx2673 - $0 | | | | | |
| Money Market Account - Citibank Citigold checking and money market account - $31.34 | | | | | |
| First Bank checking xxxx8234 - $0 | | | | | |
| First Bank checking xxxx5279 - $0 | | | | | |
| First Bank checking w/daughter 1 xxxx5295 - $175.21 | | | | | |
| First Bank checking w/daughter 2 xxxx5287 - $49.88 | | | | | |
| First Bank checking SRAA acct. xxxx8242 - $45.00 | | | | | |
| 4. Household Goods | 7,875.00 | 0.00 | | 1,854.18 | FA |
| Exercise equipment - $2,500 | | | | | |
| Sun Bed - $150 | | | | | |
| Washer and drier in basement - $150 | | | | | |
| Bedroom furnishings - main floor - $375 | | | | | |
| Office furnishings (credenza, desk, chair, bookcase) - $150 | | | | | |

LFORM1      Ver: 17.01

Page: 2

**EXHIBIT - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 11-01975 TAB Judge: Timothy A. Barn
Case Name: ROSENBLOOM, MARK

Trustee Name: N. Neville Reid
Date Filed (f) or Converted (c): 01/19/11 (f)
341(a) Meeting Date: 02/24/11
Claims Bar Date: 08/08/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Dinning room table and chairs - $500 | | | | | |
| Den/living room (couches, tables) - $750 | | | | | |
| Kitchen table and chairs - $250 | | | | | |
| Master bedroom furnishings (bed and table) - $150 | | | | | |
| 2nd Bedroom furnishings (table, round bed fridge) - $100 | | | | | |
| 3rd Bedroom furnishings (tables, fridge, bed) - $100 | | | | | |
| Hot tub (on deck) - $150 | | | | | |
| Deck chairs and lounges (deck) - $25 | | | | | |
| Electronics: TVs(6), Stereos(3), Cameras(3) - $1000 | | | | | |
| Freezer and additional fridges - $100 | | | | | |
| Patio tables and chairs - $100 | | | | | |
| Game room furnishings - $150 | | | | | |
| Theatre chairs - $350 | | | | | |
| Stereo speakers - $250 | | | | | |
| TV projector - $100 | | | | | |
| Bar table/chairs - $50 | | | | | |
| Egg chair - $50 | | | | | |
| Kitchen pots, pans, dishes, appliances - $250 | | | | | |
| Gas grill - $125 | | | | | |
| 5. Books / Collectibles | 3,625.00 | 0.00 | | 1,854.16 | FA |
| Art purchased separately from Seller when house was purchased (12) - $750 | | | | | |
| Science fiction and medical books - $100 | | | | | |
| Art - Lithographs 3 Ladies (Szamistanwiectz?) 3 stored in garage French cafe scene Miro lithographs (3) - $500 | | | | | |
| Small green vases plus additional vase - $250 | | | | | |
| CDs/DVDs - $50 | | | | | |
| Collectible rugs: Oriental (2); 2.5x3.5 & 5.5x8.5 - Tribal (2); 4.4x6.10 & 5.2x10.3 - | | | | | |

LFORM1

Ver: 17.01

Page: 3

**EXHIBIT - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 11-01975 TAB Judge: Timothy A. Barn
Case Name: ROSENBLOOM, MARK

Trustee Name: N. Neville Reid
Date Filed (f) or Converted (c): 01/19/11 (f)
341(a) Meeting Date: 02/24/11
Claims Bar Date: 08/08/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Baktiari: 5.2x9.9 - Persian (worn) 4.8x6.4 - $1000 Collectible clock and stand - $100 Dragon collection - $50 Antique chandelier (damaged/stored in garage) - $150 3 Chagall windows lithographs (not originals) - $75 Other artwork: Unicorn in flowerpatch Animation Serigraphs (not originals) (3) Damaged pictures in closet (3) - $100 Saxophone player sculpture (basement) - $ 500 | | | | | |
| 6. Wearing Apparel | 1,500.00 | 0.00 | | 1,854.16 | FA |
| 7. Furs and Jewelry Emerald ring (cracked) - $2500 Watches - $2000 Wedding ring - $300 Diamond earrings and matching necklace (u) - unknown Emerald earrings (u) - unknown (See below - Rider 1A) | 4,800.00 | 0.00 | | 40,000.00 | FA |
| 8. Firearms and Hobby Equipment Skates, kids bikes, sports equipment, tennis rackets - $50 Kayak - $50 | 100.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies Prudential term life insurance policy No CSV | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension / Profit Sharing 401K at T.Rowe Price - $78,715.28 NU Faculty Retirement Plan IRA with TIAA CREF - $4,439 Retirement plan: Scotiabank Group - $4,283.44 | 87,437.72 | 0.00 | | 0.00 | FA |
| 11. Stock DK USA Inc. - common stock (No liquid assets, equity primarily held by other parties in preferred stock) - $0 PEPID Canada Inc. - 1350 Sherbrooke St. W, Montreal, Canada. | 0.00 | 0.00 | | 0.00 | FA |

LFORM1 Ver: 17.01

**EXHIBIT - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| Case No: | 11-01975 | TAB | Judge: Timothy A. Barn | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | ROSENBLOOM, MARK | | | Date Filed (f) or Converted (c): | 01/19/11 (f) |
| | | | | 341(a) Meeting Date: | 02/24/11 |
| | | | | Claims Bar Date: | 08/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Canadian corporation subject to Quebec law. Common stock - No liquid assets, minority interest, restrictions on transfer. Value unknown. - $0 | | | | | |
| 12. Accounts Receivable | 0.00 | 0.00 | | 0.00 | FA |
| East Coast Landscaping LLC (aka LAWNBIZ) - Bridge Rd. and US1, Hobe Sound, Florida -Privately held company that has abandoned its core business - likely insolvent with no collectible assets (Original value: $289,000) - $0 | | | | | |
| Loan made to 2020 Fitness Centers, LLC (4241 SE Federal Highway, Stuart, FL 34997) for $18,719.99 (November 2009) Likely uncollectable - business near insolvency. - $0 | | | | | |
| 13. Vehicles | 38,000.00 | 0.00 | | 0.00 | FA |
| 2004 Volvo X90 - $5,000 | | | | | |
| 2004 Mercedes S430 - $18,000 | | | | | |
| 2008 Jeep Liberty - $15,000 | | | | | |
| 14. Office Equipment | 500.00 | 0.00 | | 0.00 | FA |
| Computers and printers and stationary. | | | | | |
| 15. Animals | 0.00 | 0.00 | | 0.00 | FA |
| Household pets (3 cats and 3 birds) | | | | | |
| 16. Family Trust Litigation Settlement (u) | 212,500.00 | 0.00 | | 212,500.00 | FA |
| Includes transfer of any residual interest in receivables. | | | | | |
| TOTALS (Excluding Unknown Values) | $2,656,942.36 | $0.00 | | $258,062.50 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |
| | | | | Gross Value of Remaining Assets | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1  Ver: 17.01

Page: 5

Ver: 17.01

**EXHIBIT - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 11-01975   TAB   Judge: Timothy A. Barn | Trustee Name: | N. Neville Reid |
| Case Name: | ROSENBLOOM, MARK | Date Filed (f) or Converted (c): | 01/19/11 (f) |
| | | 341(a) Meeting Date: | 02/24/11 |
| | | Claims Bar Date: | 08/08/12 |

Rider 1A

Sale of unscheduled jewelry (emerald earrings and diamond necklace; the "Subject Jewelry") occurred through the trust settlement litigation (Form 1 Item #16). In the original settlement, the Debtor transferred to the Trustee the Subject Jewelry as part of the consideration for release of the Trustee's claim that the trust which held the Subject Jewelry was actually property of the estate. After the Trustee marketed the jewelry to non-debtor parties, the Debtor made an offer to repurchase the Subject Jewelry for $40,000. The Trustee was unable to find a higher offer than the Debtor's and therefore closed the sale of the Subject Jewelry to the Debtor for the $40,000. Since such sale was part of the original trust litigation settlement for which the Trustee had retained Nisen & Elliot as contingency fee special counsel, the recovery was therefore subject to that firm's 33% contingency fee formula who were thus paid $13,200 (see 4/01/13 entry on the Form 2).

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 04/30/13

LFORM1

EXHIBIT - FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 11-01975 -TAB | | Trustee Name: | N. Neville Reid |
| Case Name: | ROSENBLOOM, MARK | | Bank Name: | ASSOCIATED BANK |
| Taxpayer ID No: | *******9661 | | Account Number / CD #: | ******3661 Checking Account (Non-Interest Earn |
| For Period Ending: | 04/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | 4, 5, 6 | E*Trade Financial Clearing LLC P.O. Box 484 Jersey City, NJ 07303-0484 | | 1129-000 | 5,562.50 | | 5,562.50 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.11 | 5,562.39 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.43 | 5,558.96 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.54 | 5,555.42 |
| 01/11/13 | 16 | First Bank & Trust 820 Church Street Evanston, IL 60201 847-733-7400 Cashier's Check No. 63124 | Family Trust Litigation Settlement | 1149-000 | 212,500.00 | | 218,055.42 |
| 01/24/13 | 300001 | Nisen & Elliott, LLC 200 West Adams Street, Suite 2500 Chicago, IL 60606-4637 312-346-7800 | Special Counsel Fees and Expenses from Settlement Payment of $212,500 / Order 12-28-12 Fees $70,125.00 Expenses $6,009.50 Plus 33% of future sale of Personal Property as defined in Settlement Agreement attached to Order Fees      70,125.00 Expenses    6,009.56 | 3210-000 3220-000 | | 76,134.56 | 141,920.86 |
| 01/28/13 | 300002 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 312-666-7777 or 708-599-7491 | Appraisal Fee Invoice Date: 4/20/2012 | 2990-000 | | 850.00 | 141,070.86 |
| 01/28/13 | 300003 | Northern Trust Bank | Safety Deposit Box # B4008 | 2990-000 | | 27.00 | 141,043.86 |
| | | | | Page Subtotals | 218,062.50 | 77,018.64 | |

LFORM24                                                                                                                                     Ver: 17.01

Page: 2

# EXHIBIT - FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          11-01975 -TAB  
Case Name:        ROSENBLOOM, MARK  
Taxpayer ID No:   \*\*\*\*\*\*\*9661  
For Period Ending: 04/17/13  

Trustee Name:     N. Neville Reid  
Bank Name:        ASSOCIATED BANK  
Account Number / CD #: \*\*\*\*\*\*\*3661  Checking Account (Non-Interest Earn  
Blanket Bond (per case limit):  $ 5,000,000.00  
Separate Bond (if applicable):  

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/06/13 |  | 50 South LaSalle Street<br>Chicago, IL 60675 | Date of Notice: 1-17-2013 |  |  |  |  |
|  | 300004 | International Sureties, Ltd<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Date of Notice: 1-17-2013<br>RE: Jewelry<br>Bond # 016026455<br>Term 02-01-13 to 02-01-14<br>Blanket Bond Amount $60,894,000<br>504-581-6404 | 2300-000 |  | 155.93 | 140,887.93 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 207.61 | 140,680.32 |
| 02/24/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 13.00 | 140,667.32 |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 188.98 | 140,478.34 |
| 04/01/13 | 7 | First Bank & Trust<br>820 Church Street<br>Evanston, IL 60201<br>847-733-7400<br>Cashier's Check No. 63200 | From Debtor - Bill of Sale -Jewelry | 1129-000 | 40,000.00 |  | 180,478.34 |
| 04/01/13 | 300005 | Nisen & Elliott, LLC<br>200 West Adams Street, Suite 2500<br>Chicago, IL 60606-4637 | Sale of Personal Property - Jewelry<br>per Settlement Agreement Dkt 70<br>Plus 33% of future sale of Personal Property as<br>defined in Settlement Agreement attached to Order<br>[DKT 70] | 3210-000 |  | 13,200.00 | 167,278.34 |
| 04/15/13 | 300006 | United States Treasury<br>312-346-7800 | Tax Filing ending 4-30-2013<br>FEIN 46-6329661<br>2013 Form 1041<br>Mailed to:<br>Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | 2810-000 |  | 3,274.00 | 164,004.34 |
| 04/15/13 | 300007 | Illinois Department of Revenue<br>P.O. Box 19053 | 2013 Tax Filing ending 4-30-2013<br>FEIN 46-6329661 | 2820-000 |  | 1,620.00 | 162,384.34 |
|  |  |  | Page Subtotals |  | 40,000.00 | 18,659.52 |  |

LFORM24                                                                                                        Ver: 17.01

Page: 3

# EXHIBIT - FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          11-01975 -TAB                    Trustee Name:                    N. Neville Reid
Case Name:        ROSENBLOOM, MARK                 Bank Name:                       ASSOCIATED BANK
                                                   Account Number / CD #:           ******3661  Checking Account (Non-Interest Earn
Taxpayer ID No:   *******9661
For Period Ending: 04/17/13                        Blanket Bond (per case limit):  $ 5,000,000.00
                                                   Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Springfield, IL 62794-9053 | IL-1041-V<br>Mailed to:<br>Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 258,062.50 | 95,678.16 | 162,384.34 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 258,062.50 | 95,678.16 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 258,062.50 | 95,678.16 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 258,062.50 | 95,678.16 | 162,384.34 |
| Checking Account (Non-Interest Earn - *******3661 | | | |
| | 258,062.50 | 95,678.16 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand  0.00 |

Page Subtotals    0.00    0.00

LFORM24                                                                                                                                            Ver: 17.01

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: April 17, 2013 | |
|---|---|---|---|---|---|---|

Case Number:  11-01975  
Debtor Name:  ROSENBLOOM, MARK  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3731-00 | Ken Novak & Associates, Inc.<br>3356 Lake Knoll Dr.<br>Northbrook, IL 60062 | Administrative | | $10,808.00 | $0.00 | $10,808.00 |
| 001<br>3410-00 | Popowcer Katten, Ltd.<br>35 E. Wacker Dr. Suite 1550<br>Chicago, IL 60601 | Administrative | | $1,200.00 | $0.00 | $1,200.00 |
| 001<br>3210-00 | Nisen & Elliott, LLC<br>200 W. Adams Street, Suite 2500<br>Chicago, IL 60606 | Administrative | | $76,134.56 | $76,134.56 | $0.00 |
| 001<br>3210-00 | Nisen & Elliott, LLC<br>200 W. Adams Street, Suite 2500<br>Chicago, IL 60606 | Administrative | | $13,200.00 | $13,200.00 | $0.00 |
| 001<br>3110-00 | Fox, Swibel, Levin & Carroll, LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Administrative | | $72,203.52 | $0.00 | $72,203.52 |
| 999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $155.93 | $155.93 | $0.00 |
| 999<br>2810-00 | United States Treasury<br>c/o Dept. of Treasury, IRS<br>Cincinatti, OH 4599-0148 | Administrative | | $3,274.00 | $3,274.00 | $0.00 |
| 999<br>2820-00 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | Administrative | | $1,620.00 | $1,620.00 | $0.00 |
| 999<br>2990-00 | American Auction Associates, Inc.<br>815 S. Thomas Avenue<br>Bridgeview, IL 60455 | Administrative | | $850.00 | $850.00 | $0.00 |
| 999<br>2990-00 | Northern Trust Bank<br>50 South LaSalle Street<br>Chicago, IL 60675 | Administrative | | $27.00 | $27.00 | $0.00 |
| 000001<br>041<br>5800-00 | Internal Revenue Service<br>P O BOX 7346<br>Philadelphia, PA 19101-7346 | Priority | | $8,999.00 | $0.00 | $8,999.00 |
| 000007<br>040<br>5800-00 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Priority | | $451,500.00 | $0.00 | $451,500.00 |
| 000008<br>040<br>5800-00 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Priority | | $539,000.00 | $0.00 | $539,000.00 |

| | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | | | | Date: April 17, 2013 |

Case Number: 11-01975  
Debtor Name: ROSENBLOOM, MARK  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 040 5800-00 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Priority | | $90,000.00 | $0.00 | $90,000.00 |
| 000010 040 5800-00 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Priority | | $60,000.00 | $0.00 | $60,000.00 |
| 000011 040 5800-00 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Priority | | $967,500.00 | $0.00 | $967,500.00 |
| 000012 040 5800-00 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Priority | | $452,200.00 | $0.00 | $452,200.00 |
| 000013 040 5800-00 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Priority | | $1,000,000.00 | $0.00 | $1,000,000.00 |
| 000014 041 5800-00 | Internal Revenue Service<br>ACS Supprt Stop 813G<br>POB 145566<br>Cincinnati, OH 45250-5566 | Priority | | $9,565.43 | $0.00 | $9,565.43 |
| 000015 040 5800-00 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Priority | | $17,500.00 | $0.00 | $17,500.00 |
| 000002 070 7100-00 | United Leasing<br>3700 Morgan Ave.<br>Evansville, IN 47715 | Unsecured | | $57,013.09 | $0.00 | $57,013.09 |
| 000003 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $35,244.88 | $0.00 | $35,244.88 |
| 000004 070 7100-00 | Barry Rosenbloom Family Trust<br>C/O Barry Rosenbloom<br>24 Woodland Place<br>Scarsdale, NY 10583 | Unsecured | | $800,000.00 | $0.00 | $800,000.00 |
| 000005 070 7100-00 | RFR, LLC<br>c/o Ken Richman<br>Burke, Warren, MacKay & Serritella<br>330 N. Wabash, 22nd Floor<br>Chicago, IL 60611 | Unsecured | | $1,177,085.62 | $0.00 | $1,177,085.62 |
| 000006 070 7100-00 | RFRD, LLC<br>c/o Ken Richman<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 N. Wabash, 22nd Floor<br>Chicago, IL 60611 | Unsecured | | $647,190.48 | $0.00 | $647,190.48 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 17, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 11-01975 | Claim Class Sequence | | | | |
| Debtor Name: | ROSENBLOOM, MARK | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| | Case Totals: | | | $6,492,271.51 | $95,261.49 | $6,397,010.02 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-01975
Case Name: ROSENBLOOM, MARK
Trustee Name: N. Neville Reid

Balance on hand     $     162,384.34

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 16,153.13 | $ 0.00 | $ 16,153.13 |
| Attorney for Trustee Fees: Fox, Swibel, Levin & Carroll, LLP | $ 69,280.00 | $ 0.00 | $ 69,280.00 |
| Attorney for Trustee Expenses: Fox, Swibel, Levin & Carroll, LLP | $ 2,923.52 | $ 0.00 | $ 2,923.52 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Other: International Sureties, Ltd. | $ 155.93 | $ 155.93 | $ 0.00 |
| Other: United States Treasury | $ 3,274.00 | $ 3,274.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 1,620.00 | $ 1,620.00 | $ 0.00 |
| Other: American Auction Associates, Inc. | $ 850.00 | $ 850.00 | $ 0.00 |
| Other: Northern Trust Bank | $ 27.00 | $ 27.00 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 10,310.00 | $ 0.00 | $ 10,310.00 |
| Other: Ken Novak & Associates, Inc. | $ 498.00 | $ 0.00 | $ 498.00 |
| Other: Nisen & Elliott, LLC | $ 70,125.00 | $ 70,125.00 | $ 0.00 |
| Other: Nisen & Elliott, LLC | $ 6,009.56 | $ 6,009.56 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Nisen & Elliott, LLC | $ 13,200.00 | $ 13,200.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 100,364.65 |
| Remaining Balance | $ | 62,019.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,596,264.43  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ 8,999.00 | $ 0.00 | $ 0.00 |
| 000007 | Louise Caron | $ 451,500.00 | $ 0.00 | $ 7,826.79 |
| 000008 | Louise Caron | $ 539,000.00 | $ 0.00 | $ 9,343.60 |
| 000009 | Louise Caron | $ 90,000.00 | $ 0.00 | $ 1,560.16 |
| 000010 | Louise Caron | $ 60,000.00 | $ 0.00 | $ 1,040.10 |
| 000011 | Louise Caron | $ 967,500.00 | $ 0.00 | $ 16,771.68 |
| 000012 | Louise Caron | $ 452,200.00 | $ 0.00 | $ 7,838.92 |
| 000013 | Louise Caron | $ 1,000,000.00 | $ 0.00 | $ 17,335.07 |
| 000014 | Internal Revenue Service | $ 9,565.43 | $ 0.00 | $ 0.00 |
| 000015 | Louise Caron | $ 17,500.00 | $ 0.00 | $ 303.37 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 62,019.69 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,716,534.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | United Leasing | $ 57,013.09 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB | $ 35,244.88 | $ 0.00 | $ 0.00 |
| 000004 | Barry Rosenbloom Family Trust | $ 800,000.00 | $ 0.00 | $ 0.00 |
| 000005 | RFR, LLC | $ 1,177,085.62 | $ 0.00 | $ 0.00 |
| 000006 | RFRD, LLC | $ 647,190.48 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $                0.00

Remaining Balance                                            $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE