# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ROSENBLOOM, MARK | § | Case No. 11-01975 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk for the U.S. Bankruptcy
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on  in Courtroom ,

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/17/2013              By: N. Neville Reid
                                         Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSENBLOOM, MARK | § | Case No. 11-01975 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 258,062.50 |
| and approved disbursements of | $ | 95,678.16 |
| leaving a balance on hand of[1] | $ | 162,384.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: N. Neville Reid | $ 16,153.13 | $ 0.00 | $ 16,153.13 |
| Attorney for Trustee Fees: Fox, Swibel, Levin & Carroll, LLP | $ 69,280.00 | $ 0.00 | $ 69,280.00 |
| Attorney for Trustee Expenses: Fox, Swibel, Levin & Carroll, LLP | $ 2,923.52 | $ 0.00 | $ 2,923.52 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Other: International Sureties, Ltd. | $ 155.93 | $ 155.93 | $ 0.00 |
| Other: United States Treasury | $ 3,274.00 | $ 3,274.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 1,620.00 | $ 1,620.00 | $ 0.00 |
| Other: American Auction Associates, Inc. | $ 850.00 | $ 850.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Northern Trust Bank | $ 27.00 | $ 27.00 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 10,310.00 | $ 0.00 | $ 10,310.00 |
| Other: Ken Novak & Associates, Inc. | $ 498.00 | $ 0.00 | $ 498.00 |
| Other: Nisen & Elliott, LLC | $ 70,125.00 | $ 70,125.00 | $ 0.00 |
| Other: Nisen & Elliott, LLC | $ 6,009.56 | $ 6,009.56 | $ 0.00 |
| Other: Nisen & Elliott, LLC | $ 13,200.00 | $ 13,200.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    100,364.65

Remaining Balance    $    62,019.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,596,264.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ 8,999.00 | $ 0.00 | $ 0.00 |
| 000007 | Louise Caron | $ 451,500.00 | $ 0.00 | $ 7,826.79 |
| 000008 | Louise Caron | $ 539,000.00 | $ 0.00 | $ 9,343.60 |
| 000009 | Louise Caron | $ 90,000.00 | $ 0.00 | $ 1,560.16 |
| 000010 | Louise Caron | $ 60,000.00 | $ 0.00 | $ 1,040.10 |
| 000011 | Louise Caron | $ 967,500.00 | $ 0.00 | $ 16,771.68 |
| 000012 | Louise Caron | $ 452,200.00 | $ 0.00 | $ 7,838.92 |
| 000013 | Louise Caron | $ 1,000,000.00 | $ 0.00 | $ 17,335.07 |
| 000014 | Internal Revenue Service | $ 9,565.43 | $ 0.00 | $ 0.00 |
| 000015 | Louise Caron | $ 17,500.00 | $ 0.00 | $ 303.37 |

Total to be paid to priority creditors    $    62,019.69

    Remaining Balance      $    0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 2,716,534.07  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | United Leasing | $ 57,013.09 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB | $ 35,244.88 | $ 0.00 | $ 0.00 |
| 000004 | Barry Rosenbloom Family Trust | $ 800,000.00 | $ 0.00 | $ 0.00 |
| 000005 | RFR, LLC | $ 1,177,085.62 | $ 0.00 | $ 0.00 |
| 000006 | RFRD, LLC | $ 647,190.48 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors    $    0.00

    Remaining Balance    $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

    NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                  Case No. 11-01975-TAB
Mark Rosenbloom                                                         Chapter 7
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley               Page 1 of 3                  Date Rcvd: May 01, 2013
                              Form ID: pdf006             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
db           +Mark Rosenbloom,    877 Elm St,    Winnetka, IL 60093-2222
16689588     +2020 Fitness Center,    4241 SE Federal Highway,    Stuart, FL 34997-4936
16689589     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16689590      American Express,    PO Box 981535,    El Paso, TX 79998-1535
19108754      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16689591     #+Baker Shoppes, LLC,    1840 Oak Ave., Ste. 110,     Evanston, IL 60201-3684
16689592     +Barclays Bank Delaware,    Attention: Customer Support Dept,     Po Box 8833,
               Wilmington, DE 19899-8833
16722824     +Barry Rosenbloom Family Trust,    C/O Barry Rosenbloom,     24 Woodland Place,
               Scarsdale, NY 10583-4234
16689593     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
16689595      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
16689594      Chase,    PO Box 15298,    Wilmington, DE 19886-5153
16689596      Chase Home Loans,    PO Box 9001008,    Louisville, KY 40290-1008
16689597     +Cheney Brothers,    One Cheney Way,    Riviera Beach, FL 33404-7000
16965007      Citibank,    Box 6000,    The Lakes, NV 89163-6000
16689598     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
16689599      Citicard Mastercard,    Box 6000,    The Lakes, NV 89163-6000
16689601     +DK USA Inc.,    1840 Oak Ave., Ste. 110,     Evanston, IL 60201-3684
16689602     +Edward P. Larkin,    805 N. Northwest Highway,    Park Ridge, IL 60068-2481
16689604     +Grand Bank and Trust,    PO Box 3705,    West Palm Beach, FL 33402-3705
16689607     +JP Morgan Chase Bank, NA,    Winnetka Private Client Services,     791 Elm Street,
               Winnetka, IL 60093-2203
16689608     +JPMorgan,    LVL-PCS,    PO Box 974675,    Dallas, TX 75397-4675
16689609     +JPMorgan Chase Bank NA,    10 S. Dearborn,,    Mail Code IL1-0958,    Chicago, IL 60603-2318
16689606     +Jp Morgan,    Po Box 32096,    Louisville, KY 40232-2096
16689610     +Louise Caron,    859 Laurel Ave.,    Highland Park, IL 60035-3526
16689613     #+MPS, LLC,    1840 Oak Ave., Ste. 110,     Evanston, IL 60201-3684
16689611     #+Mark Rosenbloom Family Trust,    1840 Oak Ave., Suite 110,     Evanston, IL 60201-3684
16689612      Mecafresh MPS, LLC,    4203 SE Federal Way,    Stuart, FL 34997-4925
16689614      Northshore University Healthsystem,     23056 Network Place,    Chicago, IL 60673-1230
16689616     +Pinnacle Management Services Inc.,     514 Market Loop,    Suite 103,    Dundee, IL 60118-2181
16689617     #+RFR, LLC,    1840 Oak Ave., Suite 110,     Evanston, IL 60201-3684
19286421     +RFR, LLC,    c/o Ken Richman,    Burke, Warren, MacKay & Serritella,     330 N. Wabash, 22nd Floor,
               Chicago, IL 60611-3586
16689618     #+RFRD, LLC,    1840 Oak Ave., Suite 110,     Evanston, IL 60201-3684
19286587     +RFRD, LLC,    c/o Ken Richman,    Burke, Warren, MacKay & Serritella, P.C.,
               330 N. Wabash, 22nd Floor,    Chicago, IL 60611-3586
16689619     +Robert Stokes,    Gates, Grace & Goodman,     43 S. Pompano Parkway #242,
               Pompano Beach, FL 33069-3001
16965008     +Spain, Spain & Varnet P.C.,    33 N. Dearborn St., Ste 2220,     Chicago, IL 60602-3118
16689620      Spirit Airlines,    Card Services,    PO Box 8802,    Wilmington, DE 19899-8802
16689621     +Thomas Cisar,    Cisar & Mrofka, Ltd.,     One Mid America Plaza, Suite 125,
               Oak Brook Terrace, IL 60181-4701
16689622     +Torino Parkway LLC,    1840 Oak Ave., Ste 110,     Evanston, IL 60201-3684
16689625     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     RSA Refinance,    PO Box 790179,
               Saint Louis, MO 63179-0179)
16689623     +United Leasing,    3700 Morgan Ave.,    Evansville, IN 47715-2240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16689600     +E-mail/Text: lbankruptcy@cookcountytreasurer.com May 02 2013 05:18:11    Cook County Treasurer,
               118 N. Clark, Room 112,    Chicago, IL 60602-1590
16689603     +E-mail/Text: swilloughby@firstbt.com May 02 2013 03:40:37    First Bank & Trust,
               820 Church Street,    Evanston, IL 60201-3764
19290525      E-mail/Text: cio.bncmail@irs.gov May 02 2013 03:26:45    Internal Revenue Service,
               ACS Supprt Stop 813G,    POB 145566,    Cincinnati, OH 45250-5566
16689605      E-mail/Text: cio.bncmail@irs.gov May 02 2013 03:26:45    Internal Revenue Service,
               P O BOX 7346,    Philadelphia, PA 19101-7346
16689617     +E-mail/Text: drrosenbloom@gmail.com May 02 2013 05:22:23    RFR, LLC,    1840 Oak Ave., Suite 110,
               Evanston, IL 60201-3684
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16689624*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,     425 Walnut St,    Cincinnati, OH 45202)
16689615     ##+PEPID LLC,    1840 Oak Ave., Ste. 100,     Evanston, IL 60201-3666
                                                                                       TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: mhenley              Page 2 of 3            Date Rcvd: May 01, 2013
                               Form ID: pdf006            Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley               Page 3 of 3                  Date Rcvd: May 01, 2013
                              Form ID: pdf006             Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2013 at the address(es) listed below:

```
              Daniel P. Dawson    on behalf of Trustee N. Neville Reid ddawson@nisen.com,  adrag@nisen.com
              Daniel P. Dawson    on behalf of Defendant Neville  Reid ddawson@nisen.com,  adrag@nisen.com
              Daniel P. Dawson    on behalf of Spec. Counsel Daniel  Dawson ddawson@nisen.com,  adrag@nisen.com
              Daniel P. Dawson    on behalf of Counter-Claimant Neville  Reid ddawson@nisen.com,  adrag@nisen.com
              David K Welch    on behalf of Debtor Mark  Rosenbloom dwelch@craneheyman.com,
               gbalderas@craneheyman.com;jdan@craneheyman.com
              Elizabeth Gayle Peterson    on behalf of Trustee N. Neville Reid epeterson@fslc.com,
               docket@fslc.com;bkdocket@fslc.com
              Elizabeth Gayle Peterson    on behalf of Defendant Neville  Reid epeterson@fslc.com,
               docket@fslc.com;bkdocket@fslc.com
              Elizabeth Gayle Peterson    on behalf of Counter-Claimant Neville  Reid epeterson@fslc.com,
               docket@fslc.com;bkdocket@fslc.com
              Jeffrey  Strange    on behalf of Plaintiff Mark  Rosenbloom jstrangelaw@aol.com,  bowl1901@aol.com
              Jeffrey  Strange    on behalf of Counter-Defendant Mark  Rosenbloom jstrangelaw@aol.com,
               bowl1901@aol.com
              Joseph  Ptasinski    on behalf of Trustee N. Neville Reid jptasinski@nisen.com
              Joseph  Ptasinski    on behalf of Counter-Claimant Neville  Reid jptasinski@nisen.com
              N. Neville Reid    nreid@fslc.com,  nreid@ecf.epiqsystems.com
              N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fhslc.com,  nreid@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Ralston    on behalf of Plaintiff   Chase Bank USA, N.A. richardr@w-legal.com,
               chapter-13@w-legal.com
              William J Connelly    on behalf of Creditor    JPMorgan Chase Bank, N.A. wconnelly@hinshawlaw.com
                                                                                             TOTAL: 17
```