# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| YANCHYK, ALEH NIKOLAEVICH | § | Case No. 10-37724 SVK |
| YANCHYK, BILLIE JO | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DOUGLAS F. MANN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DOUGLAS F. MANN, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Auto Finance PO Box 9001083 Louisville, KY 40290-1085 |  |  |  |  |  |
|  | Wells Fargo Bank Home Mortgage PO Box 14411 Des Moines, IA 50306-3411 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank PO BOX 536205 ATLANTA, GA 30353-6205 | | | | | |
| | Wells Fargo Bank PO Box 660217 Dallas, TX  75266-0217 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DOUGLAS F MANN | | | | | |
| MATTHEW R SCHWITZER | | | | | |
| MATTHEW R SCHWITZER | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Rabobank, N.A. | | | | | |
| Rabobank, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | | | | | |
| CLERK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Kansas City, MO 64999 | | | | | |
| | Wis. Dept. Of Revenue 200 N. Jefferson St. Green Bay,, WI 54301 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACE America's Cash Express 201 N Richmond St APPLETON, WI  54914 | | | | | |
| | ADVANCE AMERICA CASH ADVANCE 506 SOUTH MILITARY AVE GREEN BAY, WI  54303 | | | | | |
| | American Express Po Box 360001 Fort Lauderdale, FL 33336 | | | | | |
| | Aschenbrener Law Office P.O. Box 245 Sherwood, WI 54169 | | | | | |
| | Atty. Steven B. Rynecki 411 East Wisconsin Avenue Milwaukee, WI  53202 | | | | | |
| | Aurora Baycare Medical Center PO Box 8920 Green Bay, WI  54308 | | | | | |
| | Bank Of America P.O. Box 851001 Dallas, TX  75285-1001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CASH CENTRAL 84 E 2400 N NORTH LOGAN, UT 84341 | | | | | |
| | CASH NET USA 200 W Jackson Blvd 4th Floor CHICAGO, IL  60606-6941 | | | | | |
| | CHASE  BANK PO BOX 15298 WILMINGTON, DE 19850 | | | | | |
| | CHASE BANK 340 S Cleveland Ave Bldg 370 Westerville, OH  43081 | | | | | |
| | CHASE BANK USA PO BOX 15298 WILMINGTON, DE  19850 | | | | | |
| | CMM Inc .802 S. Military AVe Green Bay, WI  54304 | | | | | |
| | Chase Toys-R-Us P.O. Box 94014 Palatine, IL  60094-4014 | | | | | |
| | Check 'n GoAddress: 2665 S Oneida St Ashwabenon, WI 54304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Check Into Cash Advance Payday Loan Cent 1928 S. Ridge Road Green Bay, WI 54303 | | | | | |
| | Citi Cards P.O. Box 688916 Des Moines, IA  50368 | | | | | |
| | Citibank P.O. Box 6000 The Lakes, NV  88901-6000 | | | | | |
| | Citibank P.O. Box 688916 Des Moines, IA  50368 | | | | | |
| | CoVantage Credit Union 723 6th Ave Antigo, WI  54409-1803 | | | | | |
| | DirectTV PO Box 78626 Phoenix, AZ  85062 | | | | | |
| | Dish Network Dept. 0063 Palatine, IL  60055 | | | | | |
| | Ezmoney 2330 S Oneida St # 104 Green Bay, WI  54304 | | | | | |
| | Fort Sanders Sevier Medical Center 1410 Centerpoint Blvd Knoxville, TN  37932 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Valley Animal Referral Center 4706 New Horizons Blvd. Appleton, WI  54914 | | | | | |
| | Fox Valley Technical College P. O. Box 2277 Appleton, WI 54912 | | | | | |
| | GLOBAL PAYMENTS INC PO BOX 661158 CHICAGO, IL  60666 | | | | | |
| | Home Depot Credit Services - Citibank Processing Center Des Moines, IA  50364-0001 | | | | | |
| | Jerrald Myers W 7988 County Rd. A Delavan, WI  53115 | | | | | |
| | John Engel 517 Commerce Court Bonduel, WI  54107 | | | | | |
| | Kohl's Payment Services PO Box 3084 Milwaukee, WI 53201-3084 | | | | | |
| | Menards - HSBC - Retail Services Dept. 7680 Carol Stream, IL  60116-7680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NORTH STAR LOANS 7800 W APPLETON #J MILWAUKEE, WI  53218 | | | | | |
| | OneIda Casino 2100 Airport Dr. Green Bay, WI  54303-5538 | | | | | |
| | PROGRESSIVE INSURANCE 6308 Wilson Mills Rd Mayfield Village, 0H  44143 | | | | | |
| | Portfoliocovery  Associates 140 Corporate Blvd Norfolk, VA  32502 | | | | | |
| | Pyyday Loan Store 160 Lawrence Dr 109 De Pere, WI  54115 | | | | | |
| | QC FINANCIAL SERVICES, INC National Quic 509 South Militarty Ave Green Bay, WI  54303 | | | | | |
| | SE Emergency Services P.O. Box 740023 Cincinnati, OH  45274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | ATLAS ACQUISITIONS LLC | | | | | |
| 000002 | BB&T | | | | | |
| 000010 | CASH CENTRAL | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000011 | GRECO PROPERTY MANAGEMENT LLC | | | | | |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | PROSPERA CREDIT UNION | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000009 | US BANK N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | US RECOVERY SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 10-37724   SVK   Judge: SUSAN V. KELLEY | Trustee Name: DOUGLAS F. MANN, TRUSTEE |
| Case Name: YANCHYK, ALEH NIKOLAEVICH | Date Filed (f) or Converted (c): 11/02/10 (f) |
| YANCHYK, BILLIE JO | 341(a) Meeting Date: 12/30/10 |
| For Period Ending: 03/31/14 | Claims Bar Date: 08/26/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. UNDISCLOSED WALWORTH COUNTY JUDGMENT (u) | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 2. HOMESTEAD 1437 S PARK ST., SHAWANO WI | 122,000.00 | 0.00 | OA | 0.00 | FA |
| 3. SAVINGS ACCOUNT - $500.00 | 500.00 | 0.00 | OA | 0.00 | FA |
| 4. WELLS FARGO BANK SAVINGS & CHECKING - $1,000 | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 5. HOUSEHOLD FURNISHINGS, APPLIANCES, TV'S | 7,790.00 | 0.00 | OA | 0.00 | FA |
| 6. WOMAN'S CLOTHING | 300.00 | 0.00 | OA | 0.00 | FA |
| 7. MEN'S CLOTHING | 300.00 | 0.00 | OA | 0.00 | FA |
| 8. 401K | 19,126.00 | 0.00 | OA | 0.00 | FA |
| 9. 2005 ACURA | 12,950.00 | 0.00 | OA | 0.00 | FA |
| 10. 2008 DODGE CALIBER | 6,965.00 | 0.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $175,431.00 | $4,500.00 | | $4,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Walworth County Judgment

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 01/31/14

LFORM1                                                                                                                   Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-37724 -SVK | | Trustee Name: | DOUGLAS F. MANN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | YANCHYK, ALEH NIKOLAEVICH | | Bank Name: | ASSOCIATED BANK |
| | YANCHYK, BILLIE JO | | Account Number / CD #: | *******8170  Checking Account |
| Taxpayer ID No: | *******1075 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/13 | | Associated Bank | | 9999-000 | 4,470.00 | | 4,470.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,460.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,450.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,440.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,430.00 |
| 03/03/14 | 010001 | Matthew R Schwitzer | Trustee Compensation | | | 1,018.62 | 3,411.38 |
| | | 715 Superior Street | | | | | |
| | | PO Box 1761 | | | | | |
| | | Green Bay, WI 54305 | | | | | |
| | | | Fees         1,012.50 | 2100-000 | | | |
| | | | Expenses        6.12 | 2200-000 | | | |
| 03/03/14 | 010002 | Douglas F Mann | Trustee Compensation | 2100-000 | | 112.50 | 3,298.88 |
| | | Chapter 7 Trustee | | | | | |
| 03/03/14 | 010003 | Janet Medlock | Clerk of the Courts Costs (includes | 2700-000 | | 260.00 | 3,038.88 |
| | | Clerk of the U. S. Bankruptcy Court | | | | | |
| | | 126 Federal Courthouse | | | | | |
| | | 517 E. Wisconsin Ave. | | | | | |
| | | Milwaukee, WI 53202 | | | | | |
| 03/03/14 | 010004 | PROSPERA CREDIT UNION | Claim 000001, Payment 10.33109% | 7100-000 | | 45.37 | 2,993.51 |
| | | 4830 N BALLARD RD | | | | | |
| | | APPLETON, WI 54913 | | | | | |
| 03/03/14 | 010005 | BB&T | Claim 000002, Payment 10.33202% | 7100-000 | | 501.45 | 2,492.06 |
| | | Bankruptcy Dept | | | | | |
| | | PO Box 1847 | | | | | |
| | | Wilson, NC 27894-1847 | | | | | |
| 03/03/14 | 010006 | Quantum3 Group LLC as agent for | Claim 000003, Payment 10.33281% | 7100-000 | | 43.59 | 2,448.47 |
| | | Comenity Bank | | | | | |
| | | PO Box 788 | | | | | |

Page Subtotals           4,470.00        2,021.53

Ver: 17.05c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-37724 -SVK | | Trustee Name: | DOUGLAS F. MANN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | YANCHYK, ALEH NIKOLAEVICH | | Bank Name: | ASSOCIATED BANK |
| | YANCHYK, BILLIE JO | | Account Number / CD #: | *******8170 Checking Account |
| Taxpayer ID No: | *******1075 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/03/14 | 010007 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000004, Payment 10.33205% | 7100-000 | | 121.60 | 2,326.87 |
| 03/03/14 | 010008 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000005, Payment 10.33167% | 7100-000 | | 76.88 | 2,249.99 |
| 03/03/14 | 010009 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Claim 000006, Payment 10.33219% | 7100-000 | | 839.53 | 1,410.46 |
| 03/03/14 | 010010 | US RECOVERY SERVICES 2057 VERMONT DR FORT COLLINS, CO 80525 | Claim 000007, Payment 10.33333% | 7100-000 | | 32.55 | 1,377.91 |
| 03/03/14 | 010011 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Claim 000008, Payment 10.33198% | 7100-000 | | 397.77 | 980.14 |
| 03/03/14 | 010012 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000009, Payment 10.33112% | 7100-000 | | 43.40 | 936.74 |
| 03/03/14 | 010013 | CASH CENTRAL 84 E 2400 N NORTH LOGAN, UT 84341 | Claim 000010, Payment 10.33175% | 7100-000 | | 65.09 | 871.65 |
| 03/03/14 | 010014 | GRECO PROPERTY MANAGEMENT LLC C/O FINANCE SYSTEM OF GREEN BAY, INC. PO BOX 1597 GREEN BAY, WI 54305 | Claim 000011, Payment 10.33233% | 7100-000 | | 137.11 | 734.54 |
| 03/03/14 | 010015 | American Express Centurion Bank | Claim 000012, Payment 10.33210% | 7100-000 | | 644.60 | 89.94 |

Page Subtotals  0.00  2,358.53

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-37724 -SVK | Trustee Name: | DOUGLAS F. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | YANCHYK, ALEH NIKOLAEVICH | Bank Name: | ASSOCIATED BANK |
| | YANCHYK, BILLIE JO | Account Number / CD #: | *******8170  Checking Account |
| Taxpayer ID No: | *******1075 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/03/14 | 010016 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Claim 000013, Payment 10.33247% | 7100-000 | | 89.94 | 0.00 |
| * 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | -10.00 |
| * 03/19/14 | | Reverses Adjustment OUT on 03/07/14 | BANK SERVICE FEE | 2600-003 | | -10.00 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 4,470.00 | 4,470.00   0.00 |
| Less:  Bank Transfers/CD's | 4,470.00 | 0.00 |
| Subtotal | 0.00 | 4,470.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 0.00 | 4,470.00 |

Page Subtotals      0.00        89.94

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-37724 -SVK | Trustee Name: | DOUGLAS F. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | YANCHYK, ALEH NIKOLAEVICH | Bank Name: | UNKNOWN BANK |
|  | YANCHYK, BILLIE JO | Account Number / CD #: | *******4066 Checking Account |
| Taxpayer ID No: | *******1075 |  |  |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/22/13 | 1 | CHICAGO TITLE INSURANCE CO. | JERROLD MYERS UNDISCLOSED JUDGMENT | 1241-000 | 4,500.00 |  | 4,500.00 |
|  |  | 210 E. O'CONNOR DR. #107 | DEPOSIT CHECK #9803001060 |  |  |  |  |
|  |  | ELKORN, WI 53121 |  |  |  |  |  |
| 05/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,490.00 |
| 06/28/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,480.00 |
| 07/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,470.00 |
| 10/22/13 | 001001 | Associated Bank | Transfer into Associated Bank account | 9999-000 |  | 4,470.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,500.00 | 4,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,470.00 |
| Subtotal | 4,500.00 | 30.00 |
| Less: Payments to Debtors |  | 0.00 |
| Net | 4,500.00 | 30.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8170 | 0.00 | 4,470.00 | 0.00 |
| Checking Account - ********4066 | 4,500.00 | 30.00 | 0.00 |
|  | 4,500.00 | 4,500.00 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     4,500.00     4,500.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*