# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSENBLOOM, MARK | § | Case No. 11-01975 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/N. Neville Reid, Trustee
_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N. Clark, Room 112 Chicago, IL 60602 | | | | | |
| | First Bank & Trust 820 Church Street Evanston, IL 60201 | | | | | |
| | Jp Morgan Po Box 32096 Louisville, KY 40232 | | | | | |
| | US Bank RSA Refinance PO Box 790179 Saint Louis, MO 63179-0179 | | | | | |
| | Us Bank 425 Walnut St Cincinnati, OH 45202 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| NORTHERN TRUST BANK | | | | | |
| FOX, SWIBEL, LEVIN & CARROLL, LLP | | | | | |
| FOX, SWIBEL, LEVIN & CARROLL, LLP | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Chicago, IL 60604 | | | | | |
| | Louise Caron 859 Laurel Ave. Highland Park, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Louise Caron 859 Laurel Ave. Highland Park, IL | | | | | |
| | Louise Caron 859 Laurel Ave. Highland Park, IL | | | | | |
| | Louise Caron 859 Laurel Ave. Highland Park, IL | | | | | |
| | Louise Caron 859 Laurel Ave. Highland Park, IL | | | | | |
| | Louise Caron 859 Laurel Ave. Highland Park, IL | | | | | |
| | Louise Caron 859 Laurel Ave. Highland Park, IL | | | | | |
| 000014 | INTERNAL REVENUE SERVICE | | | | | |
| 000001 | INTERNAL REVENUE SERVICE | | | | | |
| 000015 | LOUISE CARON | | | | | |
| 000013 | LOUISE CARON | | | | | |
| 000012 | LOUISE CARON | | | | | |
| 000011 | LOUISE CARON | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | LOUISE CARON | | | | | |
| 000009 | LOUISE CARON | | | | | |
| 000008 | LOUISE CARON | | | | | |
| 000007 | LOUISE CARON | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Dept Po Box 8833 Wilmington, DE 19899 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Loans PO Box 9001008 Louisville, KY 40290-1008 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19886-5153 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19886-5153 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19886-5153 | | | | | |
| | Cheney Brothers One Cheney Way Riviera Beach, FL 33404 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citicard Mastercard Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Citicard Mastercard Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | DK USA Inc. 1840 Oak Ave., Ste. 110 Evanston, IL 60201 | | | | | |
| | DK USA Inc. 1840 Oak Ave., Ste. 110 Evanston, IL 60201 | | | | | |
| | Edward P. Larkin 805 N. Northwest Highway Park Ridge, IL 60068 | | | | | |
| | Grand Bank and Trust PO Box 3705 West Palm Beach, FL 33402 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank, NA Winnetka Private Client Services 791 Elm Street Winnetka, IL 60093 | | | | | |
| | JPMorgan Chase Bank NA 10 S. Dearborn, Mail Code IL1-0958 Chicago, IL 60603 | | | | | |
| | JPMorgan LVL-PCS PO Box 974675 Dallas, TX 75397 | | | | | |
| | JPMorgan LVL-PCS PO Box 974675 Dallas, TX 75397 | | | | | |
| | Jp Morgan Po Box 32096 Louisville, KY 40232 | | | | | |
| | Northshore University Healthsystem 23056 Network Place Chicago, IL 60673-1230 | | | | | |
| | Pinnacle Management Services Inc. 514 Market Loop Suite 103 Dundee, IL 60118 | | | | | |
| | RFR, LLC 1840 Oak Ave., Suite 110 Evanston, IL 60201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RFRD, LLC 1840 Oak Ave., Suite 110 Evanston, IL 60201 | | | | | |
| | Robert Stokes Gates, Grace & Goodman 43 S. Pompano Parkway #242 Pompano Beach, FL 33069 | | | | | |
| | Spirit Airlines Card Services PO Box 8802 Wilmington, DE 19899-8802 | | | | | |
| | Thomas Cisar Cisar & Mrofka, Ltd. One Mid America Plaza, Suite 125 Oak Brook Terrace, IL 60181 | | | | | |
| | Thomas Cisar Cisar & Mrofka, Ltd. One Mid America Plaza, Suite 125 Oak Brook Terrace, IL 60181 | | | | | |
| | United Leasing 3700 Morgan Ave. Evansville, IN 47715 | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | BARRY ROSENBLOOM FAMILY TRUST | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | RFR, LLC | | | | | |
| 000006 | RFRD, LLC | | | | | |
| 000002 | UNITED LEASING | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

Exhibit 8

| Case No.: | 11-01975   TAB   Judge: Timothy A. Barn |
|---|---|
| Case Name: | ROSENBLOOM, MARK |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Date Filed (f) or Converted (c): | 01/19/11 (f) |
| 341(a) Meeting Date: | 02/24/11 |
| Claims Bar Date: | 08/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real Estate | 2,300,000.00 | 0.00 | | 0.00 | FA |
| Location: 314 Shoreline Ct., Glencoe IL 60022 | | | | | |
| 2. Cash | 250.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 354.64 | 0.00 | | 0.00 | FA |
| Chase checking w/daughter 1 xxxx0072 - $0 | | | | | |
| Chase checking xxxx6579 - $0 | | | | | |
| Chase checking joint with wife xxxx9967 - $0 | | | | | |
| Chase checking w/daughter 2 xxxx1036 - $0 | | | | | |
| Chase checking w/daughter 3 xxxx1192 - $0 | | | | | |
| Chase tax escrow for ex-wife xxxx6135 - $0 | | | | | |
| PNC checking w/wife xxxx2614 - $0 | | | | | |
| PNC checking account xxxx2622 - $53.21 | | | | | |
| Chase SRAA checking xxxx2657 - $0 | | | | | |
| PNC checking w/daughter 1 xxxx2702 - $0 | | | | | |
| PNC checking w/daughter 2 xxxx2681 - $0 | | | | | |
| PNC checking w/daughter 3 xxxx2673 - $0 | | | | | |
| Money Market Account - Citibank Citigold checking and money market account - $31.34 | | | | | |
| First Bank checking xxxx8234 - $0 | | | | | |
| First Bank checking xxxx5279 - $0 | | | | | |
| First Bank checking w/daughter 1 xxxx5295 - $175.21 | | | | | |
| First Bank checking w/daughter 2 xxxx5287 - $49.88 | | | | | |
| First Bank checking SRAA acct. xxxx8242 - $45.00 | | | | | |
| 4. Household Goods | 7,875.00 | 1,854.18 | | 1,854.18 | FA |
| Exercise equipment - $2,500 | | | | | |
| Sun Bed - $150 | | | | | |
| Washer and drier in basement - $150 | | | | | |
| Bedroom furnishings - main floor - $375 | | | | | |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit 8

| | |
|---|---|
| Case No: | 11-01975    TAB    Judge: Timothy A. Barn |
| Case Name: | ROSENBLOOM, MARK |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Date Filed (f) or Converted (c): | 01/19/11 (f) |
| 341(a) Meeting Date: | 02/24/11 |
| Claims Bar Date: | 08/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Office furnishings (credenza, desk, chair, bookcase) - $150 | | | | | |
| Dinning room table and chairs - $500 | | | | | |
| Den/living room (couches, tables) - $750 | | | | | |
| Kitchen table and chairs - $250 | | | | | |
| Master bedroom furnishings (bed and table) - $150 | | | | | |
| 2nd Bedroom furnishings (table, round bed fridge) - $100 | | | | | |
| 3rd Bedroom furnishings (tables, fridge, bed) - $100 | | | | | |
| Hot tub (on deck) - $150 | | | | | |
| Deck chairs and lounges (deck) - $25 | | | | | |
| Electronics: TVs(6), Stereos(3), Cameras(3) - $1000 | | | | | |
| Freezer and additional fridges - $100 | | | | | |
| Patio tables and chairs - $100 | | | | | |
| Game room furnishings - $150 | | | | | |
| Theatre chairs - $350 | | | | | |
| Stereo speakers - $250 | | | | | |
| TV projector - $100 | | | | | |
| Bar table/chairs - $50 | | | | | |
| Egg chair - $50 | | | | | |
| Kitchen pots, pans, dishes, appliances - $250 | | | | | |
| Gas grill - $125 | | | | | |
| 5. Books / Collectibles | 3,625.00 | 1,854.16 | | 1,854.16 | FA |
| Art purchased separately from Seller when house was purchased (12) - $750 | | | | | |
| Science fiction and medical books - $100 | | | | | |
| Art - Lithographs 3 Ladies (Szamistanwiectz?) 3 stored in garage French cafe scene Miro lithographs (3) - $500 | | | | | |
| Small green vases plus additional vase - $250 | | | | | |
| CDs/DVDs - $50 | | | | | |
| Collectible rugs: Oriental (2); 2.5x3.5 & 5.5x8.5 - Tribal (2); 4.4x6.10 | | | | | |

LFORM1

Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    3

Exhibit 8

| Case No: | 11-01975    TAB    Judge: Timothy A. Barn | | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ROSENBLOOM, MARK | | Date Filed (f) or Converted (c): | 01/19/11 (f) |
| | | | 341(a) Meeting Date: | 02/24/11 |
| | | | Claims Bar Date: | 08/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| & 5.2x10.3 -<br>Baktiari: 5.2x9.9 - Persian (worn) 4.8x6.4 - $1000<br>Collectible clock and stand - $100<br>Dragon collection - $50<br>Antique chandelier (damaged/stored in garage) - $150<br>3 Chagall windows lithographs (not originals) - $75<br>Other artwork: Unicorn in flowerpatch Aimation Serigraphs (not<br>originals) (3) Damaged pictures in closet (3) - $100<br>Saxophone player sculpture (basement) - $ 500 | | | | | |
| 6. Wearing Apparel | 1,500.00 | 1,854.16 | | 1,854.16 | FA |
| 7. Furs and Jewelry | 4,800.00 | 40,000.00 | | 40,000.00 | FA |
| Emerald ring (cracked) - $2500<br>Watches - $2000<br>Wedding ring - $300<br>Diamond earrings and matching necklace (u) - unknown<br>Emerald earrings (u)  - unknown   (See below - Rider 1A) | | | | | |
| 8. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| Skates, kids bikes, sports equipment, tennis rackets - $50<br>Kayak - $50 | | | | | |
| 9. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Prudential term life insurance policy No CSV | | | | | |
| 10. Pension / Profit Sharing | 87,437.72 | 0.00 | | 0.00 | FA |
| 401K at T.Rowe Price - $78,715.28<br>NU Faculty Retirement Plan IRA with TIAA CREF - $4,439<br>Retirement plan: Scotiabank Group - $4,283.44 | | | | | |
| 11. Stock | 0.00 | 0.00 | | 0.00 | FA |
| DK USA Inc. - common stock (No liquid assets, equity primarily held by | | | | | |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| | |
|---|---|
| Case No: | 11-01975   TAB   Judge: Timothy A. Barn |
| Case Name: | ROSENBLOOM, MARK |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Date Filed (f) or Converted (c): | 01/19/11 (f) |
| 341(a) Meeting Date: | 02/24/11 |
| Claims Bar Date: | 08/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| other parties in preferred stock) - $0 PEPID Canada Inc. - 1350 Sherbrooke St. W, Montreal, Canada. Canadian corporation subject to Quebec law. Common stock - No liquid assets, minority interest, restrictions on transfer. Value unknown. - $0 | | | | | |
| 12. Accounts Receivable | 0.00 | 0.00 | | 0.00 | FA |
| East Coast Landscaping LLC (aka LAWNBIZ) - Bridge Rd. and US1, Hobe Sound, Florida -Privately held company that has abandoned its core business - likely insolvent with no collectible assets (Original value: $289,000) - $0 Loan made to 2020 Fitness Centers, LLC (4241 SE Federal Highway, Stuart, FL 34997) for $18,719.99 (November 2009) Likely uncollectable - business near insolvency. - $0 | | | | | |
| 13. Vehicles | 38,000.00 | 0.00 | | 0.00 | FA |
| 2004 Volvo X90 - $5,000 2004 Mercedes S430 - $18,000 2008 Jeep Liberty - $15,000 | | | | | |
| 14. Office Equipment | 500.00 | 0.00 | | 0.00 | FA |
| Computers and printers and stationary. | | | | | |
| 15. Animals | 0.00 | 0.00 | | 0.00 | FA |
| Household pets (3 cats and 3 birds) | | | | | |
| 16. Family Trust Litigation Settlement (u) | 212,500.00 | 212,500.00 | | 212,500.00 | FA |
| Includes transfer of any residual interest in receivables. | | | | | |

|  | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,656,942.36 | $258,062.50 | $258,062.50 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

FORM 5
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    5

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-01975    TAB    Judge: Timothy A. Barn | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ROSENBLOOM, MARK | Date Filed (f) or Converted (c): | 01/19/11 (f) |
| | | 341(a) Meeting Date: | 02/24/11 |
| | | Claims Bar Date: | 08/08/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Rider 1A

Sale of unscheduled jewelry (emerald earrings and diamond necklace; the "Subject Jewelry") occurred through the trust settlement litigation (Form 1 Item #16).  In the original settlement, the Debtor transferred to the Trustee the Subject Jewelry as part of the consideration for release of the Trustee's claim that the trust which held the Subject Jewelry was actually property of the estate.  After the Trustee marketed the jewelry to non-debtor parties,  the Debtor made an offer to repurchase the Subject Jewelry for $40,000.  The Trustee was unable to find a higher offer than the Debtor's and therefore closed the sale of the Subject Jewelry to the Debtor for the $40,000.  Since such sale was part of the original trust litigation settlement for which the Trustee had retained Nisen & Elliot as contingency fee special counsel, the recovery was therefore subject to that firm's 33% contingency fee formula who were thus paid $13,200 (see 4/01/13 entry on the Form 2).

TFR filed with the Court on April 29, 2013.

Initial Projected Date of Final Report (TFR): 12/31/13          Current Projected Date of Final Report (TFR): 04/29/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-01975  -TAB |
| Case Name: | ROSENBLOOM, MARK |
| | |
| Taxpayer ID No: | *******9661 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3661  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | 4, 5, 6 | E*Trade Financial Clearing LLC P.O. Box 484 Jersey City, NJ  07303-0484 | Sale of Personal Property to Debtor | 1129-000 | 5,562.50 | | 5,562.50 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.11 | 5,562.39 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.43 | 5,558.96 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.54 | 5,555.42 |
| 01/11/13 | 16 | First Bank & Trust 820 Church Street Evanston, IL  60201  847-733-7400 Cashier's Check No. 63124 | Family Trust Litigation Settlement | 1249-000 | 212,500.00 | | 218,055.42 |
| 01/24/13 | 300001 | Nisen & Elliott, LLC 200 West Adams Street, Suite 2500 Chicago, IL  60606-4637  312-346-7800 | Special Counsel Fees and Expenses from Settlement Payment of $212,500 / Order 12-28-12 Fees $70,125.00 Expenses $6,009.50  33% of sale of Personal Property as defined in Settlement Agreement attached to Order | | | 76,134.56 | 141,920.86 |
| | | | Fees          70,125.00 | 3210-000 | | | |
| | | | Expenses         6,009.56 | 3220-000 | | | |
| 01/28/13 | 300002 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL  60455  312-666-7777 or 708-599-7491 | Appraisal Fee Invoice Date:  4/20/2012 | 2990-000 | | 850.00 | 141,070.86 |
| 01/28/13 | 300003 | Northern Trust Bank | Safety Deposit Box # B4008 | 2990-000 | | 27.00 | 141,043.86 |

| | | | | |
|---|---|---|---|---|
| | Page Subtotals | | 218,062.50 | 77,018.64 |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

Ver: 17.05c

FORM 2   Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-01975  -TAB |
| Case Name: | ROSENBLOOM, MARK |
| Taxpayer ID No: | *******9661 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3661  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/13 | 300004 | 50 South LaSalle Street<br>Chicago, IL  60675<br><br>International Sureties, Ltd<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139<br><br>504-581-6404 | Date of Notice:  1-17-2013<br>Date of Notice:  1-17-2013<br>RE:  Jewelry<br>Bond # 016026455<br>Term 02-01-13 to 02-01-14<br>Blanket Bond Amount $60,894,000 | 2300-000 | | 155.93 | 140,887.93 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 207.61 | 140,680.32 |
| 02/24/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.00 | 140,667.32 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.98 | 140,478.34 |
| 04/01/13 | 7 | First Bank & Trust<br>820 Church Street<br>Evanston, IL  60201<br><br>847-733-7400<br>Cashier's Check No. 63200 | From Debtor -Bill of Sale -Jewelry | 1129-000 | 40,000.00 | | 180,478.34 |
| 04/01/13 | 300005 | Nisen & Elliott, LLC<br>200 West Adams Street, Suite 2500<br>Chicago, IL  60606-4637<br><br>312-346-7800 | Sale of Personal Property - Jewelry<br>per Settlement Agreement Dkt 70<br>33% of future sale of Personal Property as defined in<br>Settlement Agreement attached to Order [DKT 70]. | 3210-000 | | 13,200.00 | 167,278.34 |
| 04/15/13 | 300006 | United States Treasury | Tax Filing ending 4-30-2013<br>FEIN 46-6329661<br>2013 Form 1041<br>Mailed to:<br>Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH  45999-0148 | 2810-000 | | 3,274.00 | 164,004.34 |
| 04/15/13 | 300007 | Illinois Department of Revenue | 2013 Tax Filing ending 4-30-2013 | 2820-000 | | 1,620.00 | 162,384.34 |

| | | | | Page Subtotals | 40,000.00 | 18,659.52 | |

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-01975  -TAB |
| Case Name: | ROSENBLOOM, MARK |
| Taxpayer ID No: | *******9661 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3661  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 19053<br>Springfield, IL  62794-9053 | FEIN 46-6329661<br>IL-1041-V<br>Mailed to:<br>Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL  62794-9053 | | | | |
| 05/29/13 | 300008 | N. Neville Reid as Trustee<br>200 West Madison Street<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | 2100-000 | | 16,153.13 | 146,231.21 |
| 05/29/13 | 300009 | Popowcer Katten, Ltd.<br>35 E. Wacker Dr. Suite 1550<br>Chicago, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 1,200.00 | 145,031.21 |
| 05/29/13 | 300010 | Ken Novak & Associates, Inc.<br>3356 Lake Knoll Dr.<br>Northbrook, IL 60062 | Attorneys' Fees and Expenses | | | 10,808.00 | 134,223.21 |
| | | | Fees          10,310.00 | 3731-000 | | | |
| | | | Expenses          498.00 | 3732-000 | | | |
| 05/29/13 | 300011 | Fox, Swibel, Levin & Carroll, LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Attorneys' Fees and Expenses | | | 72,203.52 | 62,019.69 |
| | | | Fees          69,280.00 | 3110-000 | | | |
| | | | Expenses          2,923.52 | 3120-000 | | | |
| 05/29/13 | 300012 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Claim 000007, Payment 1.73351% | 5800-000 | | 7,826.79 | 54,192.90 |
| 05/29/13 | 300013 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Claim 000008, Payment 1.73351% | 5800-000 | | 9,343.60 | 44,849.30 |
| 05/29/13 | 300014 | Louise Caron<br>859 Laurel Ave. | Claim 000009, Payment 1.73351% | 5800-000 | | 1,560.16 | 43,289.14 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 119,095.20 |

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2                                                                        Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                            Exhibit 9

| Case No: | 11-01975  -TAB | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | ROSENBLOOM, MARK | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3661  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9661 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/13 | 300015 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Claim 000010, Payment 1.73350% | 5800-000 | | 1,040.10 | 42,249.04 |
| 05/29/13 | 300016 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Claim 000011, Payment 1.73351% | 5800-000 | | 16,771.68 | 25,477.36 |
| 05/29/13 | 300017 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Claim 000012, Payment 1.73351% | 5800-000 | | 7,838.92 | 17,638.44 |
| 05/29/13 | 300018 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Claim 000013, Payment 1.73351% | 5800-000 | | 17,335.07 | 303.37 |
| 05/29/13 | 300019 | Louise Caron<br>859 Laurel Ave.<br>Highland Park, IL | Claim 000015, Payment 1.73354% | 5800-000 | | 303.37 | 0.00 |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 258,062.50 | 258,062.50 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 258,062.50 | 258,062.50 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 258,062.50 | 258,062.50 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******3661 | 258,062.50 | 258,062.50 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 258,062.50 | 258,062.50 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                          0.00            43,289.14

Ver: 17.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-01975 -TAB | |
| Case Name: | ROSENBLOOM, MARK | |
| Taxpayer ID No: | *******9661 | |
| For Period Ending: | 03/31/14 | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3661  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********3661

| | | | | | |
|---|---|---|---|---|---|
| | | Page Subtotals | 0.00 | 0.00 | |